STATE OF NEW JERSEY, DEFENDANT IN ERROR, v.
ANDREW CALABRESE, PLAINTIFF IN ERROR.

Submitted June 9, 1924—Decided October 20, 1924.

On error to the Supreme Court, whose opinion is reported
in 99 *N. J. L.* 312.

For the plaintiff in error, *James Mango.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Chief Justice
Gummere in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER,
KALISCH, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARD-
NER, VAN BUSKIRK, CLARK, McGLENNON, KAYS, JJ.    13.

*For reversal*—None.